

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

Nos. 04-13-00727-CR & 04-13-00728-CR

Jerry Paul **ROSE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court Nos. B09-410 & B09-540
Honorable M. Rex Emerson, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the judgments of the trial court are AFFIRMED, and appellate counsel's motion to withdraw is GRANTED.

SIGNED July 9, 2014.

_____
Catherine Stone, Chief Justice